IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE SOUTHERN DISTRICT OF NEW YORK PRO SE OFFICE

PHILANDER PHILIPPEAUX,                    2019 APR 10  AM 11: 32
EWUNI.COM,
        Petitioner,                         S.D. OF N.Y.

v.                                  Case No.

~~UNITED STATES OF AMERICA,~~
SOUTHERN DISTRICT OF NEW YORK ATTORNEY'S OFFICE,
DRUG ENFORCEMENT AGENCY,                **19 CV 3221**
        Defendants.

**COMPLAINT AGAINST THE UNITED STATES OF AMERICA
AND ITS OFFICERS AND AGENCIES
PURSUANT TO THE FEDERAL "TORT CLAIM ACT,"
28 U.S.C.§1346(b), §2671, ET SEQ., §1343(a)(3), AND
42 U.S.C. §1983 (CRUEL AND UNUSUAL PUNISHMENT)** "JURY TRIAL DEMAND"

COMES NOW, Petitioner Philander Philippeaux, Pro Se, filing

an official complaint against the United States of America. As

more fully explained below, this action is brought against the

Defendants, the United States of America, et al., pursuant to the

Federal Tort Claims Act (FTCA) for relief from the commission of

tortious acts and the laws that govern the relief for cruel and

unusual punishment, et cetera.

### JURISDICTION AND VENUE

This Court has <u>Jurisdiction</u> under 28 U.S.C. §1331, 1346(a), the

First and Fourth Amendment to the United States Constitution, and the

Federal Tort Claims Act. Also under 28 U.S.C. §1346(b)(1), §2671, et

seq., for relief from commission of tortious acts. And 42 U.S.C. §1983

on Cruel and Unusual Punishment.

<u>Venue</u> is proper in the Southern District of New York pursuant

to 28 U.S.C. §1391(b)(2) and (e) because, among other things, a

substantial part of the events or omissions give rise to the claim

occurred within the Southern District of New York.

- 1 -

## MERGER OF LAW AND CAUSE OF ACTION

MERGER eliminates need to make correct description of legal theory as condition of relief. Because Rule 2 eliminates separate dockets and separate procedures for law, equity, and admiralty proceedings, a Court may Grant relief to any party regardless of whether that party correctly described the legal, equitable, or admiralty basis for relief in his or her pleadings. A correct description of the legal theory that is the basis for relief, or even a legally accurate demand for relief, in a party's pleading IS NOT a precondition to proper relief. Pleadings are interpreted based on the facts alleged and remedy sought, not the "form of action" asserted by the pleader. A pleading is not inadequate merely because it accurately describes a contract claim as a tort claim or an equitable claim as a legal claim, provided that it adequately describes the facts that entitle the pleader to some relief that the Court has the power to grant.

CAUSE OF ACTION originally stated does not become moot when a prisoner is transferred to another facility or gets released. **Boag v. MacDougall**, 454 U.S. 364, 70 L.Ed.2d 551, 102  S.Ct. 700 (1982).

## SUPREME COURT STATEMENT ON COMPLAINT DISMISSAL

The Supreme Court has made clear that, in theory, a pleading does not need to state any legal theory, let alone state a legal theory correctly. The Supreme Court statements to this effect arose in the context of a civil rights claim in which the pleader failed to mention 42 U.S.C. §1983. The FIfth Circuit concluded that this omission left the complaint unclear and insufficient to give fair

notice to the defendants under Rule 8. The Supreme Court summarily
reversed in a per Curiam opinion, insisting that its decisions in
Twombly and Iqbal do not require the statement of a legal theory,
and that those cases only deal with the level of factual pleading
required. By Rule 8, this is theoretically correct. As a practical
matter, however, as noted above, Twombly and Iqbal have established
a "plausibility" requirement for fact pleading and, in both of those
decisions the Court measured "plausibility," the adequacy of fact
pleading, by measuring the factual allegations in a pleading against
the elements of the legal theory for the claim attempted to be
stated in the pleading.

Therefore, in practice, regardless of whether a pleading needs
to state a theory specifically or correctly, a pleader does need a
legal theory and must plead facts according to the elements of that
theory. See, e.g., Bartholet v. Reishaver, AG, 953 F.2d 1073, 1078
(7th Cir. 1992)(motion to dismiss not determined on adequacy of
legal theory alleged, but on whether relief is possible on any
theory and on any facts that could be proved consistent with those
alleged in complaint); See Carbone v. Gulf Oil Corp., 812 F.2d 1416,
1421 (Temp. Emer. Ct. App. 1987)("if the Plaintiff is entitled to
recover on any theory the action shall not be dismissed").

See Johnson v. City of Shelby, 574 U.S. ___, 135 S.Ct. 346,
190 L.Ed.2d 309, 309-310 (2014)(per Curiam)(Summary Judgment on
basis that complaint failed to invoke 42 U.S.C. §1983 was improper:
"Federal pleading rules call for 'a short and plain statement of
the claim showing that the pleader is entitled to relief,' Fed.
Rule Civ. Proc. 8(a)(2); they do not countenance dismissal of a

complaint for imperfect statement of the legal theory supporting the claim asserted...Petitioners stated simply, concisely, and directly events that, they alleged, entitled them to damages from the City. Having informed the City of the factual basis for their Complaint, they were required to do no more to stave off threshold dismissal for want of an adequate statement of their claim.").

## MOTION TO DISMISS BY NON-MOVING PARTY (THE DEFENDANT)

"To survive a motion to Dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Ashcroft v. Iqbal, 566 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009)(Citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)).

"A claim has facial plausibility when the plaintiff pleads factual content that allows the Court to draw the reasonable inference that the Defendant is liable for the misconduct alleged." Id. "The plausibility standard is not to aim to a 'probability requirement,' but it asks for more than sheer possibility that a defendant has acted unlawfully." Id.

If Defendant files a motion to Dismiss, for example a motion to dismiss a complaint under Rule 12(b)(6), and the Defendant's motion involves some assessments of the merits, the Court must view the facts contained in the pleadings in the light most favorable to the party opposing the motion (the Plaintiff) and draw all reasonable inferences in the Plaintiff's favor. Curran, 509 F.3d at 43(Citation omitted). Pro se pleadings are to be liberally construed. Ayala Serrano v. Gonzalez, 909 F.2d 8, 15 (1st Cir. 1991).

## COMPLAINT

According to the Supreme Court, even under pre-Twombly notice pleadings standards, the level of factual detail needed to satisfy notice pleading standard depends on the nature of the case. There is no bright-line test of exactly which facts do and do not need to be pleaded to satisfy the notice pleading standard of Rule 8. The Rule itself requires Courts to take a flexible approach to the matter, directing that "[P]leadings must be construed so as to do Justice." Thus, whether a statement of a claim is sufficient to give fair notice depends in part on the complexity of the case. Although, for strategic reasons, it is often prudent not to plead more detail than necessary. There is some authority for the proposition that complex issues require more detail in order to give fair Notice. In complex cases, the statement of the claim usually should address each of the elements of the claim.

## CLAIM

Conspiracy by the United States with its agencies, agents, and officers to use FRAUD to mislead the Grand Jury in order to indict the Petitioner, to cause intentional infliction of emotional distress, to cause pain and suffering, to maliciously abuse process, to interfere with contractual relations, to deceive, to interfere with civil rights, to abuse advantageous relations.

* The Southern District of New York Attorney's Office, with the Drug Enforcement Agency (NY) did knowingly combine, confederate, conspire and agree with others, known and unknown to the Petitioner, to use a FRAUDULENT, non-existant phone number (305-651-3987), fake phone records and calls. To give testimonial evidence to the Grand Jury,

to mislead the Grand Jury into indicting the Petitioner, in order
seize, detain, prosecute, and convict the Petitioner of a crime he
did not commit.

* With the fraudulent phone record, calls, and number, the Defendants
created Venue and Jurisdiction, fraudulent testimonies to malic-
iously convict the Petitioner to (17) years of imprisonment.
(See Exhibits Y, A1, A2, and GJTR, attached hereto).

### Conspiracy Claims against the United States under Section 1983

Section 1983 provides for conspiracy claims, See, e.g.,
Duncan v. White Plains School Dist., 921 F.Supp.2d 197, 2013 U.S.
Dist. LEXIS 15550, 2013 WL 440556 at *7 (S.D.N.Y. Feb. 5, 2013).
Employees may conspire with a municipality when they are acting
outside of their official capacities. See Maloney, 1987 U.S. Dist.
LEXIS 11142, 1987 WL 26146 at *3. Petitioner Philippeaux's
Conspiracy Claim provides specifics as to the identity of the
conspirators and the actions taken in furtherance of the conspiracy.

Clearly and definitely, there was a meeting of the minds
between the alleged conspirators. See, e.g., Bala v. Stenehjem,
671 F.Supp.2d 1067, 1079 (D.N.D. 2009)(citing Askew v. Millerd,
191 F.3d 953, 957 (8th Cir. 1999)).

## Agencies and their Agents, Officers, Servants, and Employees

The Drug Enforcement Agency, Southern District of New York's Atty's Office are responsible for the acts of their agents, officers, servants, and employees under the doctrine of respondeat Superior. Petitioner wishes to bring action for monetary damages against all agencies involved.

## Agents, Officers, Servants, Employees and Individual Capacities

Petitioner wishes to bring action for monetary damages against the Agents, Officers, Servants and Employees in their Individual Capacities. For perjury, defamation, misrepresentation, interference with advantageous relations, intentional mental distress, and malicious abuse of Process. See Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388, 397, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971)(Plaintiff permitted to bring action for money damages against federal agents as individuals for injuries caused by their violation of plaintiff's Fourth Amendment rights).

## DOJ AND THEIR AGENTS, PROFESSIONAL AND INDIVIDUAL CAPACITIES

Petitioner wishes to bring actions against the agents, officers and employees in their professional and individual capacities. This action is to the Southern District of New York's Attorney's Office against Mr. Rahul Mukhi, Sidaram Kamarju, Kathline Reilly, Agent Sean Wulf, and all other agents or officers involved.

## FED. R. CIV. P. 4(i)(3)

Federal Rule of Civil Procedure Rule 4(i)(3) requires a petitioner bringing action against a Government agent, officer, or employee in their individual capacities to serve said agent through their agent in their individaul capacities. See, e.g., **Perez-Sanchez v. Public Bldg. Auth.**, 531 F.3d 104, 106 (1st Cir. 2008)(District Court correctly dismissed suit against defendants in their individual capacities when they had served only through person who was authorized to accept service for them in their official capacities, but was not authorized to accept service in their individual capacities); **Robinson v. Turner**, 15 F.3d 82, 84 **(7th Cir. 1994)**(Federal inmate was required to personally serve associate warden and Corrections Officer in 42 U.S.C. §1983 action).

Petitioner does not have access to research any personal information of any officers, nor is the BOP willing to provide search information. Petitioner requests the information from this Honorable Court in order to properly serve all agents and officers.

## COMMON-LAW CLAIMS AGAINST THE UNITED STATES OF AMERICA

As a result of the acts of the officers described in this claim, the plaintiff suffered pain and suffering, intentional mental distress, mental anguish, invasion of privacy, intentional infliction of emotional distress, degradation, intimidation, and abuse.

The actions of the DEA, DOJ, SDNY, and others set forth in this claim constitute actions that were offensive and objectionable to Plaintiff and to **any** reasonable person of ordinary sensibilities.

- 8 -

As a direct, proximate, reasonably forseeable result of the actions of DEA, DOJ, and SDNY agents, officers, servants, and employees, Plaintiff has suffered damages, including pain and suffering, mental anguish, invasion of privacy, Plaintiff was held up to public ridicule, was humiliated and made to suffer embarrassment, unmeasurable, unquantifiable, and irreversable psychological damage, all of which are continuing and/or are permanent in nature.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial of his Constitutional claims against the Federal agencies involved and their officers, agents, employees, and servants. Ambiguities and inelegancies in pleading will not defeat demand for Jury Trial so long as it reasonably appears that substance of what is pleaded constitute claim for relief at law. Robine v. Ryan, 310 F.2d 797, 6 Fed R Serv 2d (Callaghan) 801, 135 USPQ (BNA) 333 (2d Cir. 1962).

Even in a case which in form is equitable, right to trial by Jury must be recognized as to those issues which traditionally are triable at Law by a Jury. Kennedy v. Lakso Co., 414 F.2d 1249, 13 Fed R Serv 2d (Callaghan) 1033, 163 USPQ (BNA) 136 (3d Cir. 1969). Constitutional question whether litigants are entitled to Jury Trial depends on nature of issue to be tried rather than character of overall action. Nedd v. Thomas, 316 F.Supp. 74, 14 Fed R Serv 2d (Callaghan) 986, 75 LRRM (BNA) 2699, 64 Lab Cas (CCH) P11305 (M.D.Pa. 1970).

## CONCLUSION

The United States of America is the appropriate party for injuries caused by the negligent or wrongful act or omission of any federal employee acting within the scope of his or her employment, in accordance with the law of the state(s) where the act or omission occurred. The United States of America is the appropriate party for injuries caused by Law Enforcement Officers arising out of abuse of Process, misrepresentation, deceit or interference with contract.

The Tort Claim is supported by Conduct that qualifies as outrageous or beyond common decency, which is the essence of a claim for intentional infliction of emotional distress under the Common Law of the State of Virginia.

WHEREFORE, Plaintiff Philander Philippeaux demands judgment against Defendant United States of America for compensatory damages in the amount of:

A. For the sum of at least $13,000,000.00 (13 million dollars) as compensatory damages from the United States of America.

B. For the sum of at least $13,000,000.00 (13 million dollars) as punitive damages from the United States of America.

C. For the sum of at least $113,000,000,000.00 (113 billion dollars) as lost wages from the United States of America.

D. For the sum of at least $1,300,000.00 (1.3 million dollars) in damages from each agent, officer, or employee in their individual capacities.

E. For the cost of this law suit. And for any and all other relief this Honorable Court deems just and proper.

Respectfully Submitted,

_____            _____4/2/19_____
Philander Philippeaux, #05029-104        Date
FCC Coleman Low, Unit C-4
P.O. Box 1031
Coleman, FL 33521


## VERIFICATION

I, Philander Philippeaux, swear under penalty of perjury that all of the foregoing facts and factual statements are true.

_____            _____4/2/19_____
Philander Philippeaux                    Date


- 11 -

## CERTIFICATE OF SERVICE

I, Philander Phillipeaux, swear under penalty of perjury that this motion was delivered in a pre-addressed, postage-paid envelope to the prison mailing authorities on the same day as signed. The petitioner requests that a copy of this motion be forwarded to all interested parties via the CM/ECF docketing system. A true and accurate copy of this motion has also been sent via First Class U.S. Mail to the following recipients:

U.S. Attorney SDNY
One Saint Andrews Plaza
New York, NY 10007

DEA New York
99 10th Ave.
New York, NY 10011

Solicitor General
950 Pennsylvania Ave. N.W., #5616
Washington, DC 20530

District Court SDNY          *CERTIFIED MAIL #*
500 Pearl St.               *7018 2290 0001 1628 6087*
New York, NY 10011

_____                    4/2/19
Philander Phillipeaux, #05029-104            _____
FCC Coleman Low, Unit A-3                        Date
P.O. Box 1031
Coleman, FL 33521

- 12 -



File Code # 1577291 SEP



(EXHIBIT "A1")

---

**National Court Order Compliance**

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

---

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Sebastian Parra, who being duly sworn, deposes and says:

My name is Sebastian Parra. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since Sept 2008. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (305) 651-3987

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Sebastian Parra
August 15, 2014

The foregoing affidavit was sworn to and subscribed before me by Sebastian Parra, who is personally known to me.

August 15, 2014

Notary Public, State of Florida

Notary Public State of Florida
Shedrick Lang
My Commission FF 129615
Expires 06/04/2018

Printed Name

Serial Number (if any)

National Court Order Compliance

Mr. B. Weisemberg HAND writing → Philander Philipeaux 05029-104

1577291
08/07/2014

 at&t

# SUBSCRIBER INFORMATION

| 0593062535001 | Long Distance LL |
|---|---|

## Billing Party

**Account Number (BTN)** :0593062535001
**Name:** ~~ATT VOICE~~
**Billing Address:** 1101 GREENWOOD BLVD FL 3 LAKE MARY FL 327465467

**SSN:**         **DOB:**       **DL:**

**Account Status:** Live      **Billing Date:**

## Service Information

**TN:**       (305) 651-3987
**Name:**

**Service Address:**

**Customer Since:** 03/01/2007

Mr. B. Weisenberg
H. W.

Sep

Philander Philippeaux  05029-104

**AT&T PROPRIETARY**        Page   1
The information contained here is for use by authorized person only and
is not for general distribution.

1577291
08/07/2014

 at&t

# SUBSCRIBER INFORMATION

| 3056510191194 | Local LL |
|---|---|

## Billing Party

Account Number (BTN):3056510191194

Name:                ATT VOICE

Billing Address:    FL 3 - RM 319 1101 GREENWOOD BLVD+ LAKE MARY FL+

SSN: 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      DOB:              DL:

Account Status:LIVE          Billing Date: AUG 04 2014

## Service Information

TN:          (305) 651-3987

Name:        (NON-PUB) A;*T&T VOICE

Service Address: 460 NE 215TH ST MIA 33179

Customer Since: 03/01/2007

Sep

Page    1

AT&T PROPRIETARY

The information contained here is for use by authorized person only and
is not for general distribution.

1577291
08/07/2014
SCAMP

LANDLINE USAGE

at&t

Run Date:        08/07/2014
Run Time:        12:56:13
Landline Usage   (305)651-3987
For:

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|---|---|---|---|---|---|---|---|
| 1 | 01/13/11 11:17:54A | 9731781249 | 3056513987 | 0:00 | 1 | 309 | 5 |
| 2 | 01/17/11 03:11:31P | 9731781249 | 3056513987 | 0:00 | 1 | 309 | 5 |
| 3 | 01/19/11 05:05:01P | 9545148562 | 3056513987 | 0:00 | 3331 | 110 | 5 |
| 4 | 03/13/11 08:16:19P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 5 | 03/13/11 08:51:16P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 6 | 03/16/11 12:11:30P | 9545148300 | 3056513987 | 0:00 | 3331 | 110 | 4 |
| 7 | 05/13/11 05:45:31P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 8 | 05/13/11 05:55:36P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 9 | 05/14/11 10:35:01A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 10 | 05/14/11 10:39:38A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 11 | 05/14/11 10:44:32A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 12 | 05/14/11 10:49:36A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 13 | 05/15/11 11:35:15A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 14 | 05/15/11 11:39:53A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 15 | 05/15/11 11:44:38A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 16 | 05/15/11 11:49:49A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 17 | 06/22/11 08:36:13P | 3140000000 | 3056513987 | 0:00 | | 60 | 4 |
| 18 | 06/22/11 08:36:14P | 1242391 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 19 | 08/11/11 01:05:07P | 547345 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 20 | 08/18/11 02:40:48P | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 21 | 08/18/11 02:46:05P | 609496 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 22 | 08/18/11 02:46:11P | 623134 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 23 | 08/18/11 04:40:46P | 486392 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 24 | 08/18/11 04:40:52P | 1435031 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 25 | 08/18/11 04:40:53P | 486392 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 26 | 08/18/11 04:46:07P | 248121 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 27 | 08/18/11 04:46:09P | 1435031 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 28 | 08/18/11 05:40:44P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |
| 29 | 08/18/11 05:40:46P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 30 | 08/18/11 05:46:00P | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 31 | 08/18/11 05:46:06P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |
| 32 | 08/23/11 12:59:48P | 623134 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 33 | 08/23/11 02:59:38P | 623134 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 34 | 08/23/11 02:59:41P | 547442 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 35 | 08/23/11 02:59:43P | 609496 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 36 | 08/23/11 03:59:28P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 37 | 08/23/11 03:59:31P | 547442 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 38 | 08/23/11 03:59:37P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.

Sep

1577291
08/07/2014
SCAMP

LANDLINE USAGE



Run Date:       08/07/2014
Run Time:       12:56:13
Landline Usage  (305)651-3987
For:

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|---|---|---|---|---|---|---|---|
| 39 | 08/23/11 03:59:41P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |
| 40 | 08/23/11 03:59:44P | 248121 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 41 | 08/23/11 03:59:46P | 1435031 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 42 | 09/19/11 12:27:15P | 618907 | 3056513987 | 0:00 | | 807 | 6 |
| 43 | 09/19/11 12:27:54P | 618907 | 3056513987 | 0:00 | | 807 | 6 |
| 44 | 09/19/11 02:27:13P | 7166330235 | 3056513987 | 0:00 | 57926 | 60 | 4 |
| 45 | 09/19/11 02:27:20P | 7166330235 | 3056513987 | 0:00 | 57926 | 60 | 4 |
| 46 | 09/19/11 02:27:22P | 618907 | 3056513987 | 0:00 | | 807 | 4 |
| 47 | 09/19/11 02:27:53P | 7166330235 | 3056513987 | 0:00 | 57926 | 60 | 4 |
| 48 | 01/19/12 09:04:50A | 609496 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 49 | 01/19/12 12:04:48P | 2026072732 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 50 | 01/23/12 04:56:52P | 623467 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 51 | 01/23/12 05:56:50P | 2026072746 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 52 | 01/25/12 12:31:17P | 2026072732 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 53 | 01/25/12 12:31:19P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 54 | 02/01/12 11:57:08A | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 55 | 02/01/12 11:57:13A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 56 | 02/01/12 11:57:18A | 3054329259 | 3056513987 | 0:00 | 90531 | 343 | 5 |
| 57 | 02/01/12 11:57:21A | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 58 | 02/07/12 12:10:32P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 59 | 02/07/12 03:10:30P | 2026072733 | 3056513987 | 0:00 | 90541 | 343 | 6 |
| 60 | 02/17/12 04:09:51P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 61 | 02/17/12 05:09:49P | 2026072731 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 62 | 02/18/12 10:28:41A | 7868379989 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 63 | 02/18/12 10:28:42A | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 64 | 02/18/12 10:28:45A | 7863090999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 65 | 02/18/12 10:28:48A | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 66 | 02/18/12 10:28:51A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 67 | 02/21/12 12:45:52P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 68 | 02/21/12 03:45:50P | 2026072733 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 69 | 02/21/12 03:51:08P | 623467 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 70 | 02/21/12 04:51:06P | 2026072731 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 71 | 04/02/12 08:53:29P | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 72 | 04/04/12 02:13:04P | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 73 | 04/04/12 03:13:00P | 3056003990 | 3056513987 | 0:00 | 90531 | 343 | 4 |
| 74 | 05/17/12 07:55:00P | 3059069961 | 3056513987 | 0:00 | | 66 | 4 |
| 75 | 07/09/12 09:28:20A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 76 | 07/09/12 09:49:10A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |

AT&T Proprietary

Sep

The information contained here is for use by authorized person only and is not for general distribution.

Page 2

1577291
08/07/2014
SCAMP

**LANDLINE USAGE**



| Run Date: | 08/07/2014 |
| Run Time: | 12:56:13 |
| Landline Usage For: | (305)651-3987 |

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|---|---|---|---|---|---|---|---|
| 77 | 07/17/12 10:48:26A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 78 | 07/17/12 11:47:54A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 79 | 07/17/12 11:47:57A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 80 | 07/17/12 11:47:58A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 81 | 07/17/12 01:22:28P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 82 | 07/24/12 10:24:38A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 83 | 07/24/12 10:25:09A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 84 | 08/23/12 12:48:40P | 709631 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 85 | 08/23/12 01:48:09P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 86 | 08/28/12 08:54:55A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 87 | 08/28/12 09:54:24A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 88 | 09/04/12 03:48:12P | 5126649501 | 3056513987 | 0:00 | | 129 | 5 |
| 89 | 09/12/12 08:59:31A | 489163 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 90 | 09/12/12 11:59:05A | 2100000000 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 91 | 09/12/12 11:40:24A | 489163 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 92 | 09/25/12 02:39:53P | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 93 | 10/02/12 09:27:06A | 706342 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 94 | 10/02/12 10:26:37A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 95 | 10/05/12 03:23:23P | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 96 | 10/05/12 03:23:26P | 706342 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 97 | 10/08/12 10:56:06A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 98 | 10/08/12 11:55:36A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 99 | 10/10/12 01:21:45P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 100 | 10/10/12 02:21:14P | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 101 | 10/11/12 03:33:41P | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 102 | 10/11/12 03:33:45P | 706342 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 103 | 10/18/12 06:30:32A | 706939 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 104 | 10/18/12 09:26:54A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 105 | 10/18/12 09:30:06A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 106 | 10/18/12 12:26:30P | 3056513987 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 107 | 10/18/12 12:59:50P | 706949 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 108 | 10/18/12 01:59:23P | 2149190158 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 109 | 10/22/12 06:12:37A | 706947 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 110 | 10/22/12 09:12:10A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 111 | 10/22/12 12:16:56P | 342204 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 112 | 10/22/12 03:16:31P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 113 | 10/23/12 06:53:49A | 706895 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 114 | 10/23/12 07:24:30A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 5 |

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.

Sep

Page 3

 at&t

**LANDLINE USAGE**

1577291
08/07/2014
SCAMP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
Run Date: 08/07/2014
Run Time: 12:56:13
Landline Usage For: (305)651-3987

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|---|---|---|---|---|---|---|---|
| 115 | 10/23/12 08:03:14A | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 116 | 10/23/12 08:03:18A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 117 | 10/23/12 08:24:26A | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 118 | 10/23/12 09:53:22A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 119 | 10/23/12 12:06:29P | 706950 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 120 | 10/23/12 03:06:02P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 121 | 10/24/12 08:24:37A | 706944 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 122 | 10/24/12 09:24:10A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 123 | 10/24/12 03:05:14P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 124 | 10/24/12 03:05:41P | 706942 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 125 | 10/25/12 10:19:40A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 126 | 10/25/12 10:20:07A | 706947 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 127 | 10/26/12 09:30:44A | 2149190158 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 128 | 10/26/12 09:31:11A | 248119 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 129 | 10/26/12 11:18:26A | 706940 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 130 | 10/26/12 11:22:01A | 706944 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 131 | 10/26/12 12:18:01P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 132 | 10/26/12 02:21:34P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 133 | 10/29/12 08:38:35A | 248119 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 134 | 10/29/12 08:38:39A | 706950 | 3056513987 | 0:00 | | 60 | 4 |
| 135 | 10/29/12 09:38:38A | 2149190158 | 3056513987 | 0:00 | | 60 | 4 |
| 136 | 10/31/12 08:44:55A | 248119 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 137 | 10/31/12 09:44:27A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 138 | 10/31/12 11:21:30A | 486392 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 139 | 10/31/12 12:21:30P | 2149190158 | 3056513987 | 0:00 | | 60 | 4 |
| 140 | 10/31/12 12:21:31P | 2149190158 | 3056513987 | 0:00 | 90531 | 343 | 4 |
| 141 | 10/31/12 12:21:57P | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 142 | 11/02/12 07:40:28A | 1432537 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 143 | 11/02/12 10:40:00A | 2149190158 | 3056513987 | 0:00 | 90531 | 343 | 4 |
| 144 | 11/05/12 08:15:38A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 145 | 11/05/12 10:16:04A | 342204 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 146 | 11/14/12 09:12:31A | 706944 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 147 | 11/14/12 12:12:04P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 148 | 11/15/12 02:31:01P | 8872200193 | 3056513987 | 0:00 | 90531 | 343 | 5 |
| 149 | 11/15/12 02:31:32P | 1342178 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 150 | 11/18/12 03:48:09P | 342204 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 151 | 11/18/12 04:47:40P | 3058941102 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 152 | 11/21/12 09:32:21A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 5 |

AT&T Proprietary

The information contained here is for use by authorized person only and is not for general distribution.

Page 4

Sep

1659692    SEP

(EXHIBIT A-2)

 at&t

National Court Order Compliance

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Sebastian Parra, who being duly sworn, deposes and says:

My name is Sebastian Parra. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since Sept 2008. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (305) 651-3987

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Sebastian Parra
December 18, 2014

The foregoing affidavit was sworn to and subscribed before me by Sebastian Parra, who is personally known to me.

December 18, 2014

Notary Public, State of Florida

Notary Public State of Florida
Mark H Talbot
My Commission EE127508
Expires 09/05/2015

Printed Name

Serial Number (if any)

National Court Order Compliance

AO 89 - Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

PHILANDER PHILIPPEAUX

**SUBPOENA IN A CRIMINAL CASE**

Cr. No. 13 Cr. 277 (RWS)

To:  Custodian of Records
AT&T
11760 US Highway 1, Suite 600
North Palm Beach, Florida 33408-3029
1-800-635-6840

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| Place: United States District Court – Southern District of New York<br>United States Courthouse<br>500 Pearl Street<br>New York, New York 10007 | Room:<br>Courtroom No. 18C |
|---|---|
| Before:<br>U.S. District Judge Robert W. Sweet | Date and Time<br>March 23, 2015 at 10 a.m. |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Certified records, including subscriber information; dates of service for each such subscriber; billing records; method of payment; detailed call, SMS, and text message records, including cell site information (including azimuth) for phone number 305-651-3987 from January 1, 2013 to present, inclusive.

This subpoena can be complied with, without the need for a personal appearance, by supplying the requested documents to Arnold J. Levine, Esq. before November 28, 2014, at the address stated herein.

This subpoena is issued upon the application of the defendant Philander Philippeaux

| U.S. District Judge | DATE |
|---|---|
| (BY) Deputy Clerk  ~~RUBY J. KRAJICK~~ | NOV 0 6 2014 |

Attorney's Name, Address and Phone Number
Arnold J. Levine, Esq. 233 Broadway, Suite 901, New York, New York 10279
212-732-5800



AO 89 - Subpoena in a Criminal Case



**National Court Order Compliance**
**RESPONSE COVER SHEET**
11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone 1-800-635-6840   Facsimile 1-888-938-4715

File Code:  1659692

To:     ARNOLD J LEVINE ESQ
        233 BROADWAY, SUITE 901
        NEW YORK, NEW YORK  10279

From:  SEP

Phone Number:  (212) 732-5800        Request Dated: 11/6/2014        Number of Pages:
Fax Number: 1                        Received On: 11/7/2014          Date: 12/18/2014

RE:  UNITED STATES OF AMERICA V. PHILANDER PHILIPPEAUX, CR. NO. 13 CR. 277

- All available requested information is enclosed.

- No phone activity during requested timeframe.

**IMPORTANT NOTICE:**
**Effective immediately, please include a time-zone in all legal demands served to AT&T.  AT&T's records are kept and provided in UTC. If usage records were requested and no time zone was indicated, AT&T has queried the records in the time zone where your legal demand was issued**

**CONFIDENTIALITY NOTICE**
This cover sheet, and any document which may accompany it, contains information from the National Compliance Center which is intended for use only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the person responsible for delivering this message to the intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our expense. Thank you.

1659692
12/02/2014



# SUBSCRIBER INFORMATION

| 3056510191194 | Local LL |
|---|---|

## Billing Party

Account Number (BTN):3056510191194

Name:                    ATT VOICE
Billing Address:         FL 3 - RM 319 1101 GREENWOOD BLVD+ LAKE MARY FL+

SSN:                DOB/DL:

Account Status:LIVE          Billing Date: NOV 04 2014

## Service Information

TN:          (305) 651-3987
Name:        (NON-PUB) A;&T&T VOICE

Service Address: 468 NE 215TH ST MIA 33179

Customer Since:  03/01/2007

SCC                AT&T PROPRIETARY

EXHIBIT Y

DEA 6 IRS REPORT

| To: | Mukhi, Rahul (USANYS) ████████████ | |
|-----|-----|---|
| Cc: | Pagan, Hector E. (DEA-US) ████████████ ; Diaz, William (DEA-US) ████ | |
| From: | ████ Wulff, Sean M. | |
| Sent: | Thur 4/4/2013 4:43:47 PM | |
| Importance: | Normal | |
| Sensitivity: | None | |
| Subject: | RE: Jhon Freddy | |
| Categories: | 0xB104C2B4 | |

**Reports of Investigation CT-11-0036.pdf**

Rahul,

Attached are all of the DEA-6 Reports of Investigation in regards to Philander 'PHILLIPEAUX and also Jhon Freddy.

John Freddy is 1st mentioned in the debriefing DEA-6 prepared on 03-01-2012.

**Venue:**

-Two of our CS's spoke with PHILLIPEAUX and GONZALEZ during the first load they orchestrated.  The calls were made from our office and we recorded the calls.

-Additionally, today Billy has spoken in an undercover capacity from our office to Jhon Freddy, these calls will be intercepted over Bogota's T-III.

**Line Sheets:**

The Agent in Bogota has put in a request for the line sheets from Jhon Freddy's phone, we should have them soon.

I spoke with the Agent in Bogota who said that Jhon Freddy is not a member of a DEA SIU (vetted unit) as originally thought.  He still poses a threat because he does sit T-III's in Cali, has knowledge of the vetted unit personnel, and potentially has limited database access.

**Copy**

UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-         April '13 Regular

JHON FREDDY POTES JORIS,

    Defendant.

-------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

PHILANDER PHILIPPEAUX,
    A/k/a "Philipppe,"

    Defendant.

-------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-

JHON FREDY POTES JORIS, and
PHILANDER PHILIPPEAUX,
    A/k/a "Philipppe,"

    Defendants.

-------------------------------------------------x

United States Courthouse
40 Foley Square
New York, New York

Monday, April 15, 2013
4:15 p.m.

A P P E A R A N C E S :

    RAHUL MUKIN,
    Assistant United States Attorney

    JEFFREY SHAPIRO,
    Acting Grand Jury Reporter





Tankoos Reporting

Telephone: 212.687.8010
Facsimile: 212.557.5972

1384 Broadway
19th Floor
New York, NY 10018

S. Wulff — 4/15/13

1

2      Q.   Now, what ultimately wound up happening with that

3  trip in 2012?

4      A.   With that trip, they didn't work with Jhon Freddy,

5  they worked with Maria and Jaime, and they received 14

6  kilograms of cocaine down in Colombia and we re-seized it

7  and smuggled it up here to do a controlled delivery.

8      Q.   And was that shipment of cocaine tested?

9      A.   Yes, it was.

10     Q.   And what was --

11     A.   It tested positive for cocaine.

12     Q.   And once the DEA transported the cocaine to New

13  York, were there additional communications with Philander

14  Philippeaux?

15     A.   Yes.  As a matter of fact, Cooperating Witness 1

16  and Cooperating Witness 2 were in our office and they

17  contacted Philippe about delivering it, and they said,

18  "Listen, you haven't paid the transportation costs

19  associated with bringing this up here, you need show up and

20  bring us the money."

21          And he got a little angry and he was like, "I'm not

22  paying money, why don't you just deliver it, afterwards I'll

23  sell it and I'll give you the money."  To that, the two

24  cooperating witnesses said, absolutely not, you know, no

25  tickee, no shirtee.  So, finally, "Listen," he said, "I'd be

26  happy to do this if you can help me out with this, I plan on

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
PRO SE OFFICE

PHILANDER PHILIPPEAUX,
EWUNI.COM,
                Petitioner,

2019 APR 10 AM 11:32

S.D. OF N.Y.

Case No.

v.

UNITED STATES OF AMERICA,
SOUTHERN DISTRICT OF NEW YORK ATTORNEY'S OFFICE,
DRUG ENFORCEMENT AGENCY,
                Defendants.

**COMPLAINT AGAINST THE UNITED STATES OF AMERICA
AND ITS OFFICERS AND AGENCIES
PURSUANT TO THE FEDERAL "TORT CLAIM ACT,"
28 U.S.C. §1346(b), §2671, ET SEQ., §1343(a)(3), AND _JURY TRIAL DEMAND_"
42 U.S.C. §1983 (CRUEL AND UNUSUAL PUNISHMENT)**

COMES NOW, Petitioner Philander Philippeaux, Pro Se, filing

an official complaint against the United States of America. As

more fully explained below, this action is brought against the

Defendants, the United States of America, et al., pursuant to the

Federal Tort Claims Act (FTCA) for relief from the commission of

tortious acts and the laws that govern the relief for cruel and

unusual punishment, et cetera.

## JURISDICTION AND VENUE

This Court has Jurisdiction under 28 U.S.C. §1331, 1346(a), the

First and Fourth Amendment to the United States Constitution, and the

Federal Tort Claims Act. Also under 28 U.S.C. §1346(b)(1), §2671, et

seq., for relief from commission of tortious acts. And 42 U.S.C. §1983

on Cruel and Unusual Punishment.

Venue is proper in the Southern District of New York pursuant

to 28 U.S.C. §1391(b)(2) and (e) because, among other things, a

substantial part of the events or omissions give rise to the claim

occurred within the Southern District of New York.

- 1 -

## MERGER OF LAW AND CAUSE OF ACTION

MERGER eliminates need to make correct description of legal theory as condition of relief. Because Rule 2 eliminates separate dockets and separate procedures for law, equity, and admiralty proceedings, a Court may Grant relief to any party regardless of whether that party correctly described the legal, equitable, or admiralty basis for relief in his or her pleadings. A correct description of the legal theory that is the basis for relief, or even a legally accurate demand for relief, in a party's pleading IS NOT a precondition to proper relief. Pleadings are interpreted based on the _facts_ alleged and _remedy_ sought, not the "form of action" asserted by the pleader. A pleading is not inadequate merely because it accurately describes a contract claim as a _tort claim_ or an equitable claim as a legal claim, provided that it adequately describes the facts that entitle the pleader to some relief that the Court has the power to grant.

CAUSE OF ACTION originally stated does not become moot when a prisoner is transferred to another facility or gets released. **Boag v. MacDougall**, 454 U.S. 364, 70 L.Ed.2d 551, 102  S.Ct. 700 (1982).

## SUPREME COURT STATEMENT ON COMPLAINT DISMISSAL

The Supreme Court has made clear that, in theory, a pleading does not need to state any legal theory, let alone state a legal theory correctly. The Supreme Court statements to this effect arose in the context of a civil rights claim in which the pleader failed to mention 42 U.S.C. §1983. The FIfth Circuit concluded that this omission left the complaint unclear and insufficient to give fair

notice to the defendants under Rule 8. The Supreme Court summarily reversed in a per Curiam opinion, insisting that its decisions in **Twombly** and **Iqbal** do not require the statement of a legal theory, and that those cases only deal with the level of factual pleading required. By Rule 8, this is theoretically correct. As a practical matter, however, as noted above, **Twombly** and **Iqbal** have established a "plausibility" requirement for fact pleading and, in both of those decisions the Court measured "plausibility," the adequacy of fact pleading, by measuring the factual allegations in a pleading against the elements of the legal theory for the claim attempted to be stated in the pleading.

Therefore, in practice, regardless of whether a pleading needs to state a theory specifically or correctly, a pleader does need a legal theory and must plead facts according to the elements of that theory. See, e.g., **Bartholet v. Reishaver, AG**, 953 F.2d 1073, 1078 (7th Cir. 1992)(motion to dismiss <u>not</u> determined on adequacy of legal theory alleged, but on whether relief is possible on any theory and on any facts that could be proved consistent with those alleged in complaint); See **Carbone v. Gulf Oil Corp.**, 812 F.2d 1416, 1421 (Temp. Emer. Ct. App. 1987)("if the Plaintiff is entitled to recover on any theory the action <u>shall not</u> be dismissed").

See **Johnson v. City of Shelby**, 574 U.S. ___, 135 S.Ct. 346, 190 L.Ed.2d 309, 309-310 (2014)(per Curiam)(Summary Judgment on basis that complaint failed to invoke <u>42 U.S.C. §1983</u> was improper: "Federal pleading rules call for 'a short and plain statement of the claim showing that the pleader is entitled to relief,' Fed. Rule Civ. Proc. 8(a)(2); they do not countenance dismissal of a

complaint for imperfect statement of the legal theory supporting the claim asserted...Petitioners stated simply, concisely, and directly events that, they alleged, entitled them to damages from the City. Having informed the City of the factual basis for their Complaint, they were required to do no more to stave off threshold dismissal for want of an adequate statement of their claim.").

## MOTION TO DISMISS BY NON-MOVING PARTY (THE DEFENDANT)

"To survive a motion to Dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." Ashcroft v. Iqbal, 566 U.S. 662, 678, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009)(Citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007)).

"A claim has facial plausibility when the plaintiff pleads factual content that allows the Court to draw the reasonable inference that the Defendant is liable for the misconduct alleged." Id. "The plausibility standard is not to aim to a 'probability requirement,' but it asks for more than sheer possibility that a defendant has acted unlawfully." Id.

If Defendant files a motion to Dismiss, for example a motion to dismiss a complaint under Rule 12(b)(6), and the Defendant's motion involves some assessments of the merits, the Court must view the facts contained in the pleadings in the light most favorable to the party opposing the motion (the Plaintiff) and draw all reasonable inferences in the Plaintiff's favor. Curran, 509 F.3d at 43(Citation omitted). Pro se pleadings are to be liberally construed. Ayala Serrano v. Gonzalez, 909 F.2d 8, 15 (1st Cir. 1991).

## COMPLAINT

According to the Supreme Court, even under pre-Twombly notice pleadings standards, the level of factual detail needed to satisfy notice pleading standard depends on the nature of the case. There is no bright-line test of exactly which facts do and do not need to be pleaded to satisfy the notice pleading standard of Rule 8. The Rule itself requires Courts to take a flexible approach to the matter, directing that "[P]leadings must be construed so as to do <u>Justice</u>." Thus, whether a statement of a claim is sufficient to give fair notice depends in part on the complexity of the case. Although, for strategic reasons, it is often prudent <u>not</u> to plead more detail than necessary. There is some authority for the proposition that complex issues require more detail in order to give fair Notice. In complex cases, the statement of the claim usually should address each of the elements of the claim.

## CLAIM

Conspiracy by the United States with its agencies, agents, and officers to use <u>FRAUD</u> to mislead the Grand Jury in order to indict the Petitioner, to cause intentional infliction of emotional distress, to cause pain and suffering, to maliciously abuse process, to interfere with contractual relations, to deceive, to interfere with civil rights, to abuse advantageous relations.

\* The Southern District of New York Attorney's Office, with the Drug Enforcement Agency (NY) did knowingly combine, confederate, conspire and agree with others, known and unknown to the Petitioner, to use a <u>FRAUDULENT</u>, non-existant phone number (305-651-3987), fake phone records and calls. To give testimonial evidence to the <u>Grand Jury</u>,

to mislead the Grand Jury into indicting the Petitioner, in order
seize, detain, prosecute, and convict the Petitioner of a crime he
did not commit.

* With the fraudulent phone record, calls, and number, the Defendants
created Venue and Jurisdiction, fraudulent testimonies to malic-
iously convict the Petitioner to (17) years of imprisonment.
(See Exhibits Y, A1, A2, and GJTR, attached hereto).


### Conspiracy Claims against the United States under Section 1983

Section 1983 provides for conspiracy claims, See, e.g.,
Duncan v. White Plains School Dist., 921 F.Supp.2d 197, 2013 U.S.
Dist. LEXIS 15550, 2013 WL 440556 at *7 (S.D.N.Y. Feb. 5, 2013).
Employees may conspire with a municipality when they are acting
outside of their official capacities. See Maloney, 1987 U.S. Dist.
LEXIS 11142, 1987 WL 26146 at *3. Petitioner Philippeaux's
Conspiracy Claim provides specifics as to the identity of the
conspirators and the actions taken in furtherance of the conspiracy.

Clearly and definitely, there was a meeting of the minds
between the alleged conspirators. See, e.g., Bala v. Stenehjem,
671 F.Supp.2d 1067, 1079 (D.N.D. 2009)(citing Askew v. Millerd,
191 F.3d 953, 957 (8th Cir. 1999)).

## Agencies and their Agents, Officers, Servants, and Employees

The Drug Enforcement Agency, Southern District of New York's Atty's Office are responsible for the acts of their agents, officers, servants, and employees under the doctrine of respondeat Superior. Petitioner wishes to bring action for monetary damages against all agencies involved.

## Agents, Officers, Servants, Employees and Individual Capacities

Petitioner wishes to bring action for monetary damages against the Agents, Officers, Servants and Employees in their Individual Capacities. For perjury, defamation, misrepresentation, interference with advantageous relations, intentional mental distress, and malicious abuse of Process. See Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388, 397, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971)(Plaintiff permitted to bring action for money damages against federal agents as individuals for injuries caused by their violation of plaintiff's Fourth Amendment rights).


## DOJ AND THEIR AGENTS, PROFESSIONAL AND INDIVIDUAL CAPACITIES

Petitioner wishes to bring actions against the agents, officers and employees in their professional and individual capacities. This action is to the Southern District of New York's Attorney's Office against Mr. Rahul Mukhi, Sidaram Kamarju, Kathline Reilly, Agent Sean Wulf,  and all other agents or officers involved.

## FED. R. CIV. P. 4(i)(3)

Federal Rule of Civil Procedure Rule 4(i)(3) requires a petitioner bringing action against a Government agent, officer, or employee in their individual capacities to serve said agent through their agent in their individaul capacities. See, e.g., <u>Perez-Sanchez v. Public Bldg. Auth.</u>, 531 F.3d 104, 106 (1st Cir. 2008)(District Court correctly dismissed suit against defendants in their individual capacities when they had served only through person who was authorized to accept service for them in their official capacities, but was not authorized to accept service in their individual capacities); <u>Robinson v. Turner</u>, 15 F.3d 82, 84 (7th Cir. 1994)(Federal inmate was required to personally serve associate warden and Corrections Officer in 42 U.S.C. §1983 action).

Petitioner does not have access to research any personal information of any officers, nor is the BOP willing to provide search information. Petitioner requests the information from this Honorable Court in order to properly serve all agents and officers.

## COMMON-LAW CLAIMS AGAINST THE UNITED STATES OF AMERICA

As a result of the acts of the officers described in this claim, the plaintiff suffered pain and suffering, intentional mental distress, mental anguish, invasion of privacy, intentional infliction of emotional distress, degradation, intimidation, and abuse.

The actions of the DEA, DOJ, SDNY, and others set forth in this claim constitute actions that were offensive and objectionable to Plaintiff and to **any** reasonable person of ordinary sensibilities.

As a direct, proximate, reasonably forseeable result of the actions of DEA, DOJ, and SDNY agents, officers, servants, and employees, Plaintiff has suffered damages, including pain and suffering, mental anguish, invasion of privacy, Plaintiff was held up to public ridicule, was humiliated and made to suffer embarrassment, unmeasurable, unquantifiable, and irreversable psychological damage, all of which are continuing and/or are permanent in nature.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial of his Constitutional claims against the Federal agencies involved and their officers, agents, employees, and servants. Ambiguities and inelegancies in pleading will not defeat demand for Jury Trial so long as it reasonably appears that substance of what is pleaded constitute claim for relief at law. **Robine v. Ryan**, 310 F.2d 797, 6 Fed R Serv 2d (Callaghan) 801, 135 USPQ (BNA) 333 (2d Cir. 1962).

Even in a case which in form is equitable, right to trial by Jury must be recognized as to those issues which traditionally are triable at Law by a Jury. **Kennedy v. Lakso Co.**, 414 F.2d 1249, 13 Fed R Serv 2d (Callaghan) 1033, 163 USPQ (BNA) 136 (3d Cir. 1969). Constitutional question whether litigants are entitled to Jury Trial depends on nature of issue to be tried rather than character of overall action. **Nedd v. Thomas**, 316 F.Supp. 74, 14 Fed R Serv 2d (Callaghan) 986, 75 LRRM (BNA) 2699, 64 Lab Cas (CCH) P11305 (M.D.Pa. 1970).

## CONCLUSION

The United States of America is the appropriate party for injuries caused by the negligent or wrongful act or omission of any federal employee acting within the scope of his or her employment, in accordance with the law of the state(s) where the act or omission occurred. The United States of America is the appropriate party for injuries caused by Law Enforcement Officers arising out of abuse of Process, misrepresentation, deceit or interference with contract.

The Tort Claim is supported by Conduct that qualifies as outrageous or beyond common decency, which is the essence of a claim for intentional infliction of emotional distress under the Common Law of the State of Virginia.

WHEREFORE, Plaintiff Philander Philippeaux demands judgment against Defendant United States of America for compensatory damages in the amount of:

A. For the sum of at least $13,000,000.00 (13 million dollars) as compensatory damages from the United States of America.

B. For the sum of at least $13,000,000.00 (13 million dollars) as punitive damages from the United States of America.

C. For the sum of at least $113,000,000,000.00 (113 billion dollars) as lost wages from the United States of America.

D. For the sum of at least $1,300,000.00 (1.3 million dollars) in damages from each agent, officer, or employee in their individual capacities.

E. For the cost of this law suit. And for any and all other relief this Honorable Court deems just and proper.


Respectfully Submitted,

_____          _____
Philander Philippeaux, #05029-104                    Date
FCC Coleman Low, Unit C-4
P.O. Box 1031
Coleman, FL 33521
                                                                    4/2/19


VERIFICATION

I, Philander Philippeaux, swear under penalty of perjury that all of the foregoing facts and factual statements are true.

_____          _____
Philander Philippeaux                                   Date
                                                                    4/2/19

## CERTIFICATE OF SERVICE

I, Philander Phillipeaux, swear under penalty of perjury that
this motion was delivered in a pre-addressed, postage-paid envelope
to the prison mailing authorities on the same day as signed. The
petitioner requests that a copy of this motion be forwarded to all
interested parties via the CM/ECF docketing system. A true and
accurate copy of this motion has also been sent via First Class
U.S. Mail to the following recipients:

    U.S. Attorney SDNY
    One Saint Andrews Plaza
    New York, NY 10007

    DEA New York
    99 10th Ave.
    New York, NY 10011

    Solicitor General
    950 Pennsylvania Ave. N.W., #5616
    Washington, DC 20530

    District Court SDNY        *Certified Mail #*
    500 Pearl St.              *7018 2290 0001 1628 6087*
    New York, NY 10011

_____                    _4/02/19_
Philander Phillippeaux, #05029-104              Date
FCC Coleman Low, Unit A-3
P.O. Box 1031
Coleman, FL 33521

- 12 -





File Code # 1577291 SEP

451 RECORD PROSECUTOR

(EXHIBIT "A1")

**National Court Order Compliance**

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Sebastian Parra, who being duly sworn, deposes and says:

My name is Sebastian Parra. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since Sept 2008. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (305) 651-3987

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Sebastian Parra
August 15, 2014

The foregoing affidavit was sworn to and subscribed before me by Sebastian Parra, who is personally known to me.

August 15, 2014

Notary Public, State of Florida

Printed Name

Serial Number (if any)

Notary Public State of Florida
Shedrick Lang
My Commission FF 129615
Expires 06/04/2018

National Court Order Compliance

Mr. B. Weisenberg HAND WRITING → Philander Philipeaux 05029-104

15,77291
08/07/2014



# SUBSCRIBER INFORMATION

| 0593062535001 | Long Distance LL |
|---|---|

## Billing Party

**Account Number (BTN)**:0593062535001
**Name:**                   ATT VOICE
**Billing Address:**   1101 GREENWOOD BLVD FL 3 LAKE MARY FL 327465467

**SSN:**                  **DOB:**              **DL:**

**Account Status:**Live            **Billing Date:**

## Service Information

**TN:**                 (305) 651-3987
**Name:**

**Service Address:**

**Customer Since:** 03/01/2007

Mx. B. Weisenbero
H. W.

Sep

Philander Philippeaux 05029·104

AT&T PROPRIETARY

The information contained here is for use by authorized person only and
is not for general distribution.



1577291
08/07/2014

# SUBSCRIBER INFORMATION

| 3056510191194 | Local LL |
|---|---|

## Billing Party

Account Number (BTN):3056510191194

Name:                  ATT VOICE

Billing Address:       FL 3 - RM 319 1101 GREENWOOD BLVD+ LAKE MARY FL+

SSN: 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      DOB:            DL:

Account Status:LIVE        Billing Date: AUG 04 2014

## Service Information

TN:              (305) 651-3987

Name:            (NON-PUB) A;*T&T VOICE

Service Address: 460 NE 215TH ST MIA 33179

Customer Since:  03/01/2007

Sep

AT&T PROPRIETARY

The information contained here is for use by authorized person only and
is not for general distribution.

1577291
08/07/2014
SCAMP

**LANDLINE USAGE**

AT&T

| | |
|---|---|
| Run Date: | 08/07/2014 |
| Run Time: | 12:56:13 |
| Landline Usage | (305)651-3987 |
| For: | |

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|---|---|---|---|---|---|---|---|
| 1 | 01/13/11 11:17:54A | 9731781249 | 3056513987 | 0:00 | 1 | 309 | 5 |
| 2 | 01/17/11 03:11:31P | 9731781249 | 3056513987 | 0:00 | 1 | 309 | 5 |
| 3 | 01/19/11 05:05:01P | 9545148562 | 3056513987 | 0:00 | 3331 | 110 | 5 |
| 4 | 03/13/11 08:16:19P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 5 | 03/13/11 08:51:16P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 6 | 03/16/11 12:11:30P | 9545148300 | 3056513987 | 0:00 | 3331 | 110 | 4 |
| 7 | 05/13/11 05:45:31P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 8 | 05/13/11 05:55:36P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 9 | 05/14/11 10:35:01A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 10 | 05/14/11 10:39:38A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 11 | 05/14/11 10:44:32A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 12 | 05/14/11 10:49:36A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 13 | 05/15/11 11:35:15A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 14 | 05/15/11 11:39:53A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 15 | 05/15/11 11:44:38A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 16 | 05/15/11 11:49:49A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 17 | 06/22/11 08:36:13P | 3140000000 | 3056513987 | 0:00 | | 60 | 4 |
| 18 | 06/22/11 08:36:14P | 1242391 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 19 | 08/11/11 01:05:07P | 547345 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 20 | 08/18/11 02:40:48P | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 21 | 08/18/11 02:46:05P | 609496 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 22 | 08/18/11 02:46:11P | 623134 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 23 | 08/18/11 04:40:46P | 486392 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 24 | 08/18/11 04:40:52P | 1435031 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 25 | 08/18/11 04:40:53P | 486392 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 26 | 08/18/11 04:46:07P | 248121 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 27 | 08/18/11 04:46:09P | 1435031 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 28 | 08/18/11 05:40:44P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |
| 29 | 08/18/11 05:40:46P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 30 | 08/18/11 05:46:00P | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 31 | 08/18/11 05:46:06P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |
| 32 | 08/23/11 12:59:48P | 623134 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 33 | 08/23/11 02:59:38P | 623134 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 34 | 08/23/11 02:59:41P | 547442 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 35 | 08/23/11 02:59:43P | 609496 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 36 | 08/23/11 03:59:28P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 37 | 08/23/11 03:59:31P | 547442 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 38 | 08/23/11 03:59:37P | 3056001046 | 3056513987 | 0:00 | | 60 | 4 |

AT&T Proprietary

Sep

The information contained here is for use by authorized person only and is not for general distribution.

1577291
08/07/2014
SCAMP

LANDLINE USAGE



Run Date:      08/07/2014
Run Time:      12:56:13
Landline Usage (305)651-3987
For:

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|------|--------------|--------------------|--------------------|--------------|-----|-----------|-----------|
| 39 | 08/23/11 03:59:41P | 3056001046 | 3056513987 | 0:00 |  | 60 | 4 |
| 40 | 08/23/11 03:59:44P | 248121 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 41 | 08/23/11 03:59:46P | 1435031 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 42 | 09/19/11 12:27:15P | 618907 | 3056513987 | 0:00 |  | 807 | 6 |
| 43 | 09/19/11 12:27:54P | 618907 | 3056513987 | 0:00 |  | 807 | 6 |
| 44 | 09/19/11 02:27:13P | 7166330235 | 3056513987 | 0:00 | 57926 | 60 | 4 |
| 45 | 09/19/11 02:27:20P | 7166330235 | 3056513987 | 0:00 | 57926 | 60 | 4 |
| 46 | 09/19/11 02:27:22P | 618907 | 3056513987 | 0:00 |  | 807 | 4 |
| 47 | 09/19/11 02:27:53P | 7166330235 | 3056513987 | 0:00 | 57926 | 60 | 4 |
| 48 | 01/19/12 09:04:50A | 609496 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 49 | 01/19/12 12:04:48P | 2026072732 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 50 | 01/23/12 04:56:52P | 623467 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 51 | 01/23/12 05:56:50P | 2026072746 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 52 | 01/25/12 12:31:17P | 2026072732 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 53 | 01/25/12 12:31:19P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 54 | 02/01/12 11:57:08A | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 55 | 02/01/12 11:57:13A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 56 | 02/01/12 11:57:18A | 3054329259 | 3056513987 | 0:00 | 90531 | 343 | 5 |
| 57 | 02/01/12 11:57:21A | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 58 | 02/07/12 12:10:32P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 59 | 02/07/12 03:10:30P | 2026072732 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 60 | 02/17/12 04:09:51P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 61 | 02/17/12 05:09:49P | 2026072731 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 62 | 02/18/12 10:28:41A | 7868379989 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 63 | 02/18/12 10:28:42A | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 64 | 02/18/12 10:28:45A | 7863090999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 65 | 02/18/12 10:28:48A | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 66 | 02/18/12 10:28:51A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 5 |
| 67 | 02/21/12 12:45:52P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 68 | 02/21/12 03:45:50P | 2026072733 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 69 | 02/21/12 03:51:08P | 623467 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 70 | 02/21/12 04:51:06P | 2026072731 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 71 | 04/02/12 08:53:29P | 7863590999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 72 | 04/04/12 02:13:04P | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 73 | 04/04/12 03:13:00P | 3056003990 | 3056513987 | 0:00 | 90531 | 343 | 4 |
| 74 | 05/17/12 07:55:00P | 3059069961 | 3056513987 | 0:00 |  | 66 | 4 |
| 75 | 07/09/12 09:28:20A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 76 | 07/09/12 09:49:10A | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |

AT&T Proprietary

The information contained here is for use by authorized person only and is
not for general distribution.

Sep

1577291
08/07/2014
SCAMP

**LANDLINE USAGE**



Run Date:        08/07/2014
Run Time:        12:56:13
Landline Usage   (305)651-3987
For:

| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
|---|---|---|---|---|---|---|---|
| 77 | 07/17/12 10:48:26A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 78 | 07/17/12 11:47:54A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 79 | 07/17/12 11:47:57A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 80 | 07/17/12 11:47:58A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 81 | 07/17/12 01:22:28P | 7864771999 | 3056513987 | 0:00 | 9 | 66 | 4 |
| 82 | 07/24/12 10:24:38A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 83 | 07/24/12 10:25:09A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 84 | 08/23/12 12:48:40P | 709631 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 85 | 08/23/12 01:48:09P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 86 | 08/28/12 08:54:55A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 87 | 08/28/12 09:54:24A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 88 | 09/04/12 03:48:12P | 5126649501 | 3056513987 | 0:00 | | 129 | 5 |
| 89 | 09/12/12 08:59:31A | 489163 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 90 | 09/12/12 11:59:05A | 2100000000 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 91 | 09/25/12 11:40:24A | 489163 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 92 | 09/25/12 02:39:53P | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 93 | 10/02/12 09:27:06A | 706342 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 94 | 10/02/12 10:26:37A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 95 | 10/05/12 03:23:23P | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 96 | 10/05/12 03:23:26P | 706342 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 97 | 10/08/12 10:56:06A | 706349 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 98 | 10/08/12 11:55:36A | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 99 | 10/10/12 01:21:45P | 489163 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 100 | 10/10/12 02:21:14P | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 101 | 10/11/12 03:33:41P | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 102 | 10/11/12 03:33:45P | 706342 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 103 | 10/18/12 06:30:32A | 706939 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 104 | 10/18/12 09:26:54A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 105 | 10/18/12 09:30:06A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 106 | 10/18/12 12:26:30P | 3056513987 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 107 | 10/18/12 12:59:50P | 706949 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 108 | 10/18/12 01:59:23P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 109 | 10/22/12 06:12:37A | 706947 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 110 | 10/22/12 09:12:10A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 111 | 10/22/12 12:16:56P | 342204 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 112 | 10/22/12 03:16:31P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 113 | 10/23/12 06:53:49A | 706895 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 114 | 10/23/12 07:24:30A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 5 |

Sep

The information contained here is for use by authorized person only and is
not for general distribution.

1577291
08/07/2014
SCAMP

# LANDLINE USAGE



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Run Date: | 08/07/2014 | | | | | | |
| Run Time: | 12:56:13 | | | | | | |
| Landline Usage | (305)651-3987 | | | | | | |
| For: | | | | | | | |
| Item | ConnDateTime | Originating Number | Terminating Number | Elapsed Time | CIC | Call Code | UTC Offset |
| 115 | 10/23/12 08:03:14A | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 116 | 10/23/12 08:03:18A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 117 | 10/23/12 08:24:26A | 6039574099 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 118 | 10/23/12 09:53:22A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 119 | 10/23/12 12:06:29P | 706950 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 120 | 10/23/12 03:06:02P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 121 | 10/24/12 08:24:37A | 706944 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 122 | 10/24/12 09:24:10A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 123 | 10/24/12 03:05:14P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 124 | 10/24/12 03:05:41P | 706942 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 125 | 10/25/12 10:19:40A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 126 | 10/25/12 10:20:07A | 706947 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 127 | 10/26/12 09:30:44A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 128 | 10/26/12 09:31:11A | 248119 | 3056513987 | 0:00 | 90201 | 827 | 4 |
| 129 | 10/26/12 11:18:26A | 706940 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 130 | 10/26/12 11:22:01A | 706944 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 131 | 10/26/12 12:18:01P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 132 | 10/26/12 02:21:34P | 2149190158 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 133 | 10/29/12 08:38:35A | 248119 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 134 | 10/29/12 08:38:39A | 706950 | 3056513987 | 0:00 | | 60 | 4 |
| 135 | 10/29/12 09:38:38A | 2149190158 | 3056513987 | 0:00 | | 60 | 4 |
| 136 | 10/31/12 08:44:55A | 248119 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 137 | 10/31/12 09:44:27A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 4 |
| 138 | 10/31/12 11:21:30A | 486392 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 139 | 10/31/12 12:23:30P | 2149190158 | 3056513987 | 0:00 | | 60 | 4 |
| 140 | 10/31/12 12:21:31P | 2149190158 | 3056513987 | 0:00 | 90531 | 343 | 4 |
| 141 | 10/31/12 12:21:57P | 1365330 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 142 | 11/02/12 07:40:28A | 1432537 | 3056513987 | 0:00 | 90201 | 827 | 7 |
| 143 | 11/02/12 10:40:00A | 2149190158 | 3056513987 | 0:00 | 90531 | 343 | 4 |
| 144 | 11/05/12 08:15:38A | 342378 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 145 | 11/05/12 10:16:04A | 342204 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 146 | 11/14/12 09:12:31A | 706944 | 3056513987 | 0:00 | 90201 | 827 | 8 |
| 147 | 11/14/12 12:12:04P | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 148 | 11/15/12 02:33:01P | 8872200193 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 149 | 11/15/12 02:31:32P | 1342178 | 3056513987 | 0:00 | 90201 | 827 | 5 |
| 150 | 11/18/12 03:48:09P | 342204 | 3056513987 | 0:00 | 90201 | 827 | 6 |
| 151 | 11/18/12 04:47:40P | 3058941102 | 3056513987 | 0:00 | 90541 | 343 | 5 |
| 152 | 11/21/12 09:32:21A | 2149190158 | 3056513987 | 0:00 | 90541 | 343 | 5 |

**AT&T Proprietary**

The information contained here is for use by authorized person only and is
not for general distribution.

Sep

5708



1659692    SEP



---

**National Court Order Compliance**

11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
1-800-635-6840
1-888-938-4715 (Fax)

---

VERIFICATION OF AUTHENTICITY OF AT&T RECORDS

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, personally appeared Sebastian Parra, who being duly sworn, deposes and says:

My name is Sebastian Parra. I am over the age of 18 and qualified to make this affidavit. I am employed by AT&T as a Legal Compliance Analyst and also serve as the Custodian of Records for AT&T. I have been employed by AT&T since Sept 2008. Attached to this Affidavit are true and correct copies of subscriber information and/or call detail issued by AT&T for the following accounts:

Cellular Number(s): (305) 651-3987

The attached copies of billing records are maintained by AT&T in the ordinary course of business. I maintain and routinely rely on these documents in the course of my duties as Custodian of Records and Legal Compliance Analyst.

Sebastian Parra
December 18, 2014

The foregoing affidavit was sworn to and subscribed before me by Sebastian Parra, who is personally known to me.

December 18, 2014

Notary Public, State of Florida

Notary Public State of Florida
Mark H Talbot
My Commission EE127508
Expires 09/05/2015

Printed Name

Serial Number (if any)

---

National Court Order Compliance

AO 89 - Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUBPOENA IN A CRIMINAL CASE** |
| v. | |
| | Cr. No. 13 Cr. 277 (RWS) |

PHILANDER PHILIPPEAUX

To:   Custodian of Records
      AT&T
      11760 US Highway 1, Suite 600
      North Palm Beach, Florida 33408-3029
      1-800-635-6840

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| | |
|---|---|
| Place: United States District Court – Southern District of New York United States Courthouse 500 Pearl Street New York, New York 10007 | Room: Courtroom No. 18C |
| Before: U.S. District Judge Robert W. Sweet | Date and Time March 23, 2015 at 10 a.m. |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Certified records, including subscriber information; dates of service for each such subscriber; billing records; method of payment; detailed call, SMS, and text message records, including cell site information (including azimuth) for phone number 305-651-3987 from January 1, 2013 to present, inclusive.

This subpoena can be complied with, without the need for a personal appearance, by supplying the requested documents to Arnold J. Levine, Esq. before November 28, 2014, at the address stated herein.

This subpoena is issued upon the application of the defendant Philander Philippeaux

| | DATE |
|---|---|
| U.S. District Judge | **NOV 0 6 2014** |
| (BY) Deputy Clerk   RUBY J. KRAJICK | |

Attorney's Name, Address and Phone Number
Arnold J. Levine, Esq. 233 Broadway, Suite 901, New York, New York 10279
212-732-5800

RECEIVED
NOV 06 2014

AO 89 – Subpoena in a Criminal Case



National Court Order Compliance
**RESPONSE COVER SHEET**
11760 US HIGHWAY 1, SUITE 600
NORTH PALM BEACH, FL 33408-3029
Phone 1-800-635-6840    Facsimile 1-888-938-4715

File Code:  1659692

To:
ARNOLD J LEVINE ESQ
233 BROADWAY, SUITE 901
NEW YORK, NEW YORK 10279

From: SEP

Phone Number: (212) 732-5800
Fax Number: 1

Request Dated: 11/6/2014
Received On: 11/7/2014

Number of Pages:
Date: 12/18/2014

RE:  UNITED STATES OF AMERICA V. PHILANDER PHILIPPEAUX, CR. NO. 13 CR. 277

- All available requested information is enclosed.

- No phone activity during requested timeframe.

**IMPORTANT NOTICE:**
**Effective immediately, please include a time-zone in all legal demands served to
AT&T.  AT&T's records are kept and provided in UTC. If usage records were
requested and no time zone was indicated, AT&T has queried the records in the
time zone where your legal demand was issued**

CONFIDENTIALITY NOTICE
This cover sheet, and any document which may accompany it, contains information from the National Compliance Center which is intended for use
only by the individual to whom it is addressed, and which may contain information that is privileged, confidential and/or otherwise exempt from
disclosure under applicable law. If the reader of this message is not the intended recipient or the person responsible for delivering this message to the
intended recipient, any review, disclosure, dissemination, distribution, copying or other use of this message or its substance is strictly prohibited. If
you have received this communication in error, please notify us immediately by telephone to arrange for the return of this communication to us at our
expense. Thank you.

1659692
12/02/2014

 at&t

# SUBSCRIBER INFORMATION

| 3056510191194 | Local LL |
|---|---|

## Billing Party

Account Number (BTN):3056510191194

Name:                    ATT VOICE
Billing Address:         FL 3 - RM 319 1101 GREENWOOD BLVD+ LAKE MARY FL+

SSN:              DOB/DL:

Account Status:LIVE          Billing Date: NOV 04 2014

## Service Information

TN:              (305) 651-3987
Name:            (NON-PUB) A,*T&T VOICE

Service Address: 460 NE 215TH ST MIA 33179

Customer Since: 03/01/2007

EXHIBIT Y'

DEA 6 IRS REPORT

To:      Mukhi, Rahul (USANYS)
Cc:      Pagan, Hector E. (DEA-US)                    ; Diaz, William (DEA-US)
From:                Wulff, Sean M.
Sent:                Thur 4/4/2013 4:43:47 PM
Importance:          Normal
Sensitivity:         None
Subject:             RE: Jhon Freddy
Categories:          0xB104C2B4
Reports of Investigation CT-11-0036.pdf

Rahul,

          Attached are all of the DEA-6 Reports of Investigation in regards to Philander
'PHILLIPEAUX and also Jhon Freddy.


John Freddy is 1st mentioned in the debriefing DEA-6 prepared on 03-01-2012.


Venue:

-Two of our CS's spoke with PHILLIPEAUX and GONZALEZ during the first load they
orchestrated.  The calls were made from our office and we recorded the calls.


-Additionally, today Billy has spoken in an undercover capacity from our office to Jhon
Freddy, these calls will be intercepted over Bogota's T-III.


Line Sheets:

The Agent in Bogota has put in a request for the line sheets from Jhon Freddy's phone,
we should have them soon.

I spoke with the Agent in Bogota who said that Jhon Freddy is not a member of a DEA
SIU (vetted unit) as originally thought.  He still poses a threat because he does sit T-III's
in Cali, has knowledge of the vetted unit personnel, and potentially has limited database
access.

3504-A
Wulff

UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA,

     -v-          April '13 Regular

JHON FREDDY POTES JORIS,

        Defendant.

------------------------------------------------x

UNITED STATES OF AMERICA,

     -v-

PHILANDER PHILIPPEAUX,
    A/k/a "Philipppe,"

        Defendant.

------------------------------------------------x

UNITED STATES OF AMERICA,

     -v-

JHON FREDY POTES JORIS, and
PHILANDER PHILIPPEAUX,
    A/k/a "Philipppe,"

        Defendants.

------------------------------------------------x

**Copy**

United States Courthouse
40 Foley Square
New York, New York

Monday, April 15, 2013
4:15 p.m.

A P P E A R A N C E S :

    RAHUL MUKIN,
    Assistant United States Attorney

    JEFFREY SHAPIRO,
    Acting Grand Jury Reporter

 

Telephone: 212.687.8010
Facsimile: 212.557.5972

1384 Broadway
19th Floor
New York, NY 10018

(EXHIBIT GJ-TR)

                          S. Wulff - 4/15/13

1

2       Q.    Now, what ultimately wound up happening with that

3   trip in 2012?

4       A.    With that trip, they didn't work with Jhon Freddy,

5   they worked with Maria and Jaime, and they received 14

6   kilograms of cocaine down in Colombia and we re-seized it

7   and smuggled it up here to do a controlled delivery.

8       Q.    And was that shipment of cocaine tested?

9       A.    Yes, it was.

10      Q.    And what was --

11      A.    It tested positive for cocaine.

12      Q.    And once the DEA transported the cocaine to New

13  York, were there additional communications with Philander

14  Philippeaux?

15      A.    Yes.  As a matter of fact, Cooperating Witness 1

16  and Cooperating Witness 2 were in our office and they

17  contacted Philippe about delivering it, and they said,

18  "Listen, you haven't paid the transportation costs

19  associated with bringing this up here, you need show up and

20  bring us the money."

21           And he got a little angry and he was like, "I'm not

22  paying money, why don't you just deliver it, afterwards I'll

23  sell it and I'll give you the money."  To that, the two

24  cooperating witnesses said, absolutely not, you know, no

25  tickee, no shirtee.  So, finally, "Listen," he said, "I'd be

26  happy to do this if you can help me out with this, I plan on

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

U.S. POSTAGE PAID
PM 3-Day
COLEMAN, FL
33521
APR 03, 19
AMOUNT

**$0.00**

1006   10007   R2305H130354-01





⇨05029-104⇨

Philander Philippeaux
05029-104
PO BOX 1031
Federal Correctional Complex Coleman Low Unit A-3
Coleman, Florida - 33521



**TO:**

FEDERAL COURT SDNY

⇨05029-104⇨
Ruby J Krajick
500 Pearl ST
NEW YORK, NY 10007
United States

PRO Sé

Pro Se
EK



RECEIVED
APR 8 - 2019
CLERK'S OFFICE
S.D.N.Y.



7018 0620 0000 1982

RECEIVED
SDNY PRO SE OFFICE
2019 APR 10 AM11:31
S.D. OF N.Y.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.

EP14F July 2013



**UNITED STATES**